438 A.2d 638

Estate of Neely, et al. v. Jack, Appellant.
Petition for Allowance of Appeal Denied Feb. 26, 1982.

Argued February 11, 1981. Joseph T. Strong, for appellant; M. L. McBride, Jr., for appellees.

Before BROSKY, DiSALLE and SHERTZ, JJ.
Order affirmed.

SHERTZ, J., concurred in the result.

438 A.2d 639

Phelan v. Chambers Dam Assoc., Inc.
Appeal of Jean McStea Phelan.
Petition for Allowance of Appeal Denied Jan. 29, 1982.

Argued November 13, 1980. John W. McCreight, for appellant; William C. Porter, did not file a brief on behalf of appellee.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.
Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.